# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:24-cr-00138-JRT-DTS-1

| | |
|---|---|
| Case title: USA v. Gordon | Date Filed: 05/23/2024 |

Assigned to: Judge John R Tunheim
Referred to: Magistrate Judge David T. Schultz

1:24-mj-00036-LDA

**Defendant (1)**
**Taylor Gordon, IV**

| Pending Counts | Disposition |
|---|---|
| 18:751(a) ESCAPE FROM CUSTODY (1) | |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**
USA                represented by    **Evan Gilead**
                                     DOJ-USAO
                                     300 South 4th Street
                                     Ste 600
                                     Minneapolis, MN 55415
                                     612-664-5656
                                     Email: evan.gilead@usdoj.gov
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/23/2024 | 1 | INDICTMENT assigned to Judge John R Tunheim referred to Magistrate Judge David T. Schultz by USA Evan Gilead as to Taylor Gordon, IV (1) count 1. (MKB) Document QC'd on 5/28/2024 (CLK). (Entered: 05/24/2024) |
| 05/23/2024 | 2 | Defendant Information Sheet as to Taylor Gordon, IV. (Attachments: # 1 Original Signature Page) (MKB) Document QC'd on 5/28/2024 (CLK). (Entered: 05/24/2024) |

CR 24-138 JRT/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,　　　　**INDICTMENT**

　　　　　Plaintiff,　　　　　　　　　18 U.S.C. § 751(a)

　　v.

TAYLOR GORDON, IV,

　　　　　Defendant,

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Escape From Custody)

On or about May 23, 2023, in the State and District of Minnesota, the defendant,

**TAYLOR GORDON, IV**,

who by virtue of a felony conviction, was in the custody of the Bureau of Prisons and lawfully confined to the Volunteers of America Residential Reentry Center at the direction of the Attorney General, did knowingly leave the custody of the Bureau of Prisons without authorization, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____　　　_____
UNITED STATES ATTORNEY　　　　　　FOREPERSON

SCANNED
MAY 2 3 2024
U.S. DISTRICT COURT ST. PAUL

AO 442 (Rev. 11/11) Arrest Warrant

F#1884819

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | 2441-0523-0545-A |
|---|---|---|
| v. | ) | |
| Taylor Gordon, IV | ) | Case No. CR 24-138 JRT/DTS |
| | ) | |
| Defendant | ) | |

RECEIVED U.S. MARSHAL MINNEAPOLIS, MN
2024 MAY 23 PM 1:57

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Taylor Gordon, IV                                          ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Escape From Custody, 18:751(a).

Date: 05/23/2024                                      *M. Fogarty*
                                                       *Issuing officer's signature*

City and state: Saint Paul, MN                         Kate M. Fogarty, Clerk of Court
                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                      _____
                                                       *Arresting officer's signature*

                                                       _____
                                                       *Printed name and title*